1948; released for publication December 27, 1948. Richard M. Weinberger, for appellant; Hopkins, Sutter, Halls, DeWolfe & Owen, for appellees; Harry B. Sutter, Thomas Robert Mulroy and Frank B. Sanders, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.

## People of State of Illinois, Defendant in Error, v. Dewey Bullock, Contemnor, Plaintiff in Error.

### Gen. No. 44,490.

opinion filed December 13, 1948; released for publication December 27, 1948. Henry C. Ferguson, for plaintiff in error; William J. Tuohy, State's Attorney, for defendant in error; John T. Gallagher and Melvin Starkel Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.

## J. M. Hansen et al., Trading as Hansen & Matson Company, Appellants, v. Nick Samarchuk et al., Appellees.

### Gen. No. 44,498.